■ In the Matter of the Claim of BARBARA A. CARDINALI, Appellant. PHILIP Ross, as Industrial Commissioner, Respondent. — Appeal from a decision of the Unemployment Insurance Appeal Board, filed November 15, 1979. Decision affirmed, without costs. (See *Matter of Gaeta [Ross]*, 78 AD2d 742, mot for lv to app den 52 NY2d 703; cf. *Matter of La Mountain [Westport Cent. School Dist. — Ross]*, 51 NY2d 318.) Sweeney, J.P., Kane, Main, Mikoll and Herlihy, JJ., concur.

## (January 30, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER J. ASHLEY, Petitioner, v JOHN J. ANDREWS, as Sheriff of the City of Binghamton, Respondent. — Application for a writ of habeas corpus denied. Mahoney, P.J., Main, Mikoll and Yesawich, JJ., concur.

■ In the Matter of the Claim of MIA GERSCH, Respondent, v EUTECTIC WELDING ALLOYS SALES et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent. — Motion to dismiss appeal from board order of restoral dated August 12, 1980, granted, without costs (see *Matter of Huffman v Lake City Contr. Corp.*, 74 AD2d 989). Kane, J.P., Casey, Mikoll and Yesawich, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL LOUIS CHAVIS, Petitioner, v JOHN J. ANDREWS, as Sheriff of the City of Binghamton, Respondent. — Application for a writ of habeas corpus denied. Mahoney, P.J., Main, Mikoll and Yesawich, JJ., concur.